# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VIRGIL LEE MORAN,**

    **Plaintiff,**

vs.           Case No. 4:07cv181-SPM/WCS

**BUREAU OF PRISONS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

On June 15, 2007, the *pro se* Plaintiff submitted a letter to the Clerk indicating he and Defendant were attempting to settle this action.  Doc. 7.  Plaintiff's letter reported that he would file a proper 'Notice of Settlement' " to dismiss this case when an agreement was formalized.  *Id.*  On June 26, 2007, Plaintiff filed a "notice of settlement," doc. 9, which will be construed as a notice of voluntary dismissal pursuant to Rule 41(a) since formal service of process never was ordered by the Court.  Dismissal is without prejudice as requested by Plaintiff.

Accordingly, it is **RECOMMENDED** that Plaintiff's "notice of settlement," doc. 9, be construed as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a), and be **ACCEPTED**, and that the Clerk of Court be **DIRECTED** to close this case.

**IN CHAMBERS** at Tallahassee, Florida, on June 28, 2007.


 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**