**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

VIRGIL LEE MORAN,

        Plaintiff,

vs.                                                    Case No. 4:07-CV-181-SPM

BUREAU OF PRISONS,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's "Report
and Recommendation" (doc. 10), dated June 26, 2007.  The plaintiff has
requested that this case be dismissed without prejudice.  The parties have been
furnished a copy and have been afforded an opportunity to file objections. The
Plaintiff filed a "Notice to the Court" (doc. 11) on July 11, 2007 stating that he had
no objections to the Magistrate Judge's Report and Recommendation.  To date,
no objection has been filed by the Defendant.

    Accordingly, pursuant to Title 28, United States Code, § 636(b)(1), it is

    **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 10) is

        adopted and incorporated by reference in this order.

2.     This case is *dismissed without prejudice.*

**DONE AND ORDERED** this <u>twenty-sixth</u> day of July, 2007.


<u>  s/ Stephan P. Mickle          </u>
Stephan P. Mickle
United States District Judge